## Commonwealth *v.* Brooks, Appellant.

Argued September 14, 1970. *Stanton A. Berkowitz,* for appellant; *Milton M. Stein,* Assistant District Attorney, with him *Arthur R. Makadon,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.